Mr.Kirk Phelps #896422
Darrington Unit
59 Darrington Road
Rosharon, Texas 77583
February 5,2015

Re: "Purchase Of Trial Records"
Cause No.#01-99-01395-CR.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 9 2015

CHRISTOPHER A. PRINE

CLERK

FIRST COURT OF APPEALS
Attn; Clerk Of Court

Good Day,*Madam/Mr.Clerk*

On November 9,2000. I was convicted in The 248th Criminal District Court in Trial Cause Number#811168-A.;....I then timely appealed this conviction in your Honorable Court Of Appeals. I am now in the process of researching and constructing a "WRIT OF HABEAS CORPUS §11.07" and Thus, I am in need of my trial transcripts, So could you please send me a complete list and purchasing price of the following sought after documents?

1.) The Indictment.
2.) All Pre-Trial Motins.
3.) The Police Report.
4.) The Arrest Report.
5.) All Medical Reports & Examinations.
6.) The Entire C.P.S.Report(CHILD PROTECTIVE SERVICES REPORT).
7.) The Reporters Record.
8.) The Clerk's Record.
9.) The Jury Charge.
10.) The Sentencing Report.
11.) The Judgment Sheet.
12.) All Investgation Reports.
13.) All Trial Notes By Trial Counsel.

In closing I want to "THANK YOU" and *YOUR STAFF* for each effort made in supplying me these documents to purchase.

"RESPECTFULLY SUBMITTED"

/s/ Kirk Phelps

Mr.Kirk Phelps#896422
Pro-Se Litigant.

Mr. Kirk Phelps #896422
Darrington Unit
59 Darrington Road
Rosharon, Texas 77583

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 9 2015

CHRISTOPHER A. PRINE
CLERK



NORTH HOUSTON TX 770

09 FEB 2015 PM 3 L

770220669

COURT OF APPEALS, CLERK
CHRISTOPHER A. PINE
FIRST COURT OF APPEALS
301 Fannin St., Rm. #208
Houston, Texas 77002